## C. Douglass THOMAS and Alan E. Thomas, Appellants,

v.

## Jack D. PIPPIN, Appellee.

Nos. 2013–1142, 2013–1143, 2013–1144.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2013.

C. Douglass Thomas, IpVenture, Inc., of Los Altos, California, argued for appellants.

William F. Lee, Wilmer Cutler Pickering Hale and Dorr, LLP, of Boston, Massachusetts, argued for appellee. With him on the brief were Mark C. Fleming, Don-

ald R. Steinberg and Eric Fletcher; and William G. McElwain and Carolyn Jacobs Chachkin, of Washington, DC. Of counsel were R. Danny Huntington and William N. Highet, Rothwell, Figg, Ernst & Manbeck, P.C., of Washington, DC.

PROST, PLAGER, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**